**Order entered December 6, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00770-CV

## IN RE SUSAN HARRIMAN, Relator

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-11994**

## ORDER

Relator has notified the Court in two related original proceedings (05-18-00970-CV and 05-18-01332-CV) that the parties have settled the underlying dispute. In light of the settlement, relator has filed motions to vacate and dismiss in those proceedings. Relator has not yet filed a similar motion in this proceeding. The Court **ORDERS** relator to file a letter brief or appropriate motion in this proceeding **by December 10, 2018** informing the Court of the impact of the parties' settlement, if any, on this proceeding.

/s/    CRAIG STODDART
       JUSTICE